IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRESCO WESTERN, LLC | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:09-cv-3946 |
| | § | |
| CHESAPEAKE EXPLORATION, LLC and | § | |
| CHESAPEAKE OPERATING, INC. | § | |

## PLAINTIFF'S DISCLOSURE STATEMENT

Presco Western, LLC files this Disclosure Statement pursuant to FED. R. CIV. P. 7.1.

1.      Presco Western, L.L.C. is a limited liability company that is a wholly owned subsidiary of Ellora Energy, Inc.

2.      Ellora Energy, Inc. is a privately held corporation.  No publicly held corporation owns 10% or more of the stock of Ellora Energy, Inc.

                              Respectfully submitted

                              */s/ Graham Kerin Blair*
                              Graham Kerin Blair
                              State Bar No. 02415300/Fed. ID 2799

OF COUNSEL:

David A. Brakebill
State Bar No. 02863850/Fed. ID 11493
Michael J. Byrd
State Bar No. 03561445
Cody R. Carper
State Bar No. 24059544
Pennzoil Place, South Tower
711 Louisiana, Suite 3400
Houston, Texas 77002-2716
713- 427-5000 (Phone)
713- 427 5099 (Fax)
ATTORNEYS FOR PLAINTIFF

2

# CERTIFICATE OF SERVICE

Based on the Federal Rules of Civil Procedure, on December 23, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Jesse R. Pierce
J. Chad Newton
Jesse R. Pierce & Associates, P.C.
4203 Montrose Boulevard
Houston, Texas 77006

*/s/ Graham Kerin Blair*
Graham Kerin Blair
Attorney-In-Charge for Plaintiff

HOUDMS/264289.1